# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| RAFAEL O. VILLAREAL, et al. | : | |
| Plaintiffs | : | Case No.: JFM-02-1667 |
| v. | : | |
| WALTON TECHNOLOGY, INC., et al. | : | |
| Defendants | : | |

## STIPULATION AND ORDER

Plaintiffs, through counsel, and Defendant Salvatore, through counsel, consent to the dismissal without prejudice, <u>as to Defendant Salvatore only</u>, of Counts II, V and VIII of the Complaint. Each party is to bear its own costs and attorney fees in connection with this Stipulation and Order.

Respectfully submitted,

ISRAELSON, SALSBURY, CLEMENTS
& BEKMAN, LLC

By_____
Jason C. Buckel, Esq., Bar No. 24766
300 West Pratt St., Suite 450
Baltimore, MD 21201
Tel: 410-539-6633  Fax: 410-625-9554
Attorney for Plaintiffs
  Rafael O. Villareal, et al.

KING & ATTRIDGE

By_____
John A. King, Esq., Bar No. 00632
The Anderson House
39 W. Montgomery Avenue
Rockville, Maryland 20850
Tel: 301-279-0780  Fax: 301-279-2988
Attorney for Defendant
  Joseph R. Salvatore

So ORDERED this _____ day of _____, 2002.

_____
The Honorable Fred Motz, U.S. District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Stipulation and Order** was mailed, postage prepaid, this _____ day of August, 2002 to:

Stuart M. Salsbury, Esq.
Jason C. Buckel, Esq.
ISRAELSON, SALSBURY, CLEMENTS &
  BEKMAN, LLC
300 West Pratt St., Suite 450
Baltimore, MD 21201

Philip B. Barnes, Esq.
WHITEFORD, TAYLOR &
  PRESTON L.L.P.
210 W. Pennsylvania Ave.
Towson, MD 21204-4515

Robert L. Ferguson, Jr., Esq.
FERGUSON, SCHETELICH
  & HEFFERNAN, P.A.
1401 Bank of America Center
100 S. Charles Street, Suite 1401
Baltimore, MD 21201-2725

Alfred L. Scanlan, Jr., Esq.
Kenneth W. Cobleigh, Esq.
ECCLESTON AND WOLF, P.C.
7th Floor, Scarlett Place
729 East Pratt Street
Baltimore, MD 21202

_____
John A. King

SALSBURY CLEMENTS BEKMAN MARDER & ADKINS, L.L.C.
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201

Office: (410) 539-6633                                    Facsimile: (410) 625-9554

# FAX COVER SHEET

Total Number of Pages 3
(Including This Cover Sheet)

PLEASE DELIVER TO:                          DATE:     August 15, 2002

Brett A. Pisciotta                          FAX NO.:  301.279.2988

FROM: Jason C. Buckel

RE: _____

COMMENTS:

HARD COPY TO FOLLOW:     YES____     NO __X__        CLIENT NO. 0172

IF THERE ARE ANY PROBLEMS WITH THIS TRANSMISSION, PLEASE CALL JOE IMMEDIATELY AT THE ABOVE-LISTED TELEPHONE NUMBER.

Confidentiality Notice

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| RAFAEL O. VILLAREAL, et al. | : | |
| Plaintiffs | : | Case No.: JFM-02-1667 |
| v. | : | |
| WALTON TECHNOLOGY, INC., et al. | : | AUG 1 9 2002 |
| Defendants | : | AT BALTIMORE<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND |

## STIPULATION AND ORDER

Plaintiffs, through counsel, and Defendant Salvatore, through counsel, consent to the dismissal without prejudice, <u>as to Defendant Salvatore only</u>, of Counts II, V and VIII of the Complaint. Each party is to bear its own costs and attorney fees in connection with this Stipulation and Order.

Respectfully submitted,

ISRAELSON, SALSBURY, CLEMENTS   KING & ATTRIDGE
   & BEKMAN, LLC

By_____   By_____
Jason C. Buckel, Esq., Bar No. 24766   John A. King, Esq., Bar No. 00632
300 West Pratt St., Suite 450   The Anderson House
Baltimore, MD 21201   39 W. Montgomery Avenue
Tel: 410-539-6633 Fax: 410-625-9554   Rockville, Maryland 20850
Attorney for Plaintiffs   Tel: 301-279-0780 Fax: 301-279-2988
   Rafael O. Villareal, et al.   Attorney for Defendant
      Joseph R. Salvatore

So ORDERED this _____ day of _____, 2002.

_____
The Honorable Fred Motz, U.S. District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Stipulation and Order** was mailed, postage prepaid, this _____ day of August, 2002 to:

Stuart M. Salsbury, Esq.
Jason C. Buckel, Esq.
ISRAELSON, SALSBURY, CLEMENTS &
  BEKMAN, LLC
300 West Pratt St., Suite 450
Baltimore, MD 21201

Philip B. Barnes, Esq.
WHITEFORD, TAYLOR &
  PRESTON L.L.P.
210 W. Pennsylvania Ave.
Towson, MD 21204-4515

Robert L. Ferguson, Jr., Esq.
FERGUSON, SCHETELICH
  & HEFFERNAN, P.A.
1401 Bank of America Center
100 S. Charles Street, Suite 1401
Baltimore, MD 21201-2725

Alfred L. Scanlan, Jr., Esq.
Kenneth W. Cobleigh, Esq.
ECCLESTON AND WOLF, P.C.
7th Floor, Scarlett Place
729 East Pratt Street
Baltimore, MD 21202

_____
John A. King