IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RAFAEL VILLAREAL, et al.        :

    Plaintiffs                 :

v.                              :    Civil Case No.:  JFM-02-1667

WALTON TECHNOLOGY, INC., et al. :

    Defendants                 :

## ORDER

UPON DUE CONSIDERATION of Defendant B.B. Trammell & Co., Inc.'s Motion for Order to Produce Records of the Department of the Army Corps of Engineers, it is this ___ day of _____, 2002, hereby

**ORDERED** that the Joint Motion is **GRANTED**, and it is further

**ORDERED** that a copy of this Order shall be served, by counsel for B.B. Trammell & Co., Inc. via certified mail, returned receipt requested upon The Department of the Army, Philadelphia District, Corps of Engineers, Wanamaker Building, 100 Penn Square East, Philadelphia, Pennsylvania 19107-3390, and it is further

**ORDERED** that, within fifteen (15) days from the date of service of this Order, the United States Department of the Army Corps of Engineers shall produce an unredacted and complete copy of the December, 2000, "Board of Investigation Report for Chesapeake City Bridge Fatality Chesapeake City, Maryland" to Robert L. Ferguson, Jr., Esquire, 100 South Charles Street, Suite 1401, Baltimore,

Maryland 21201, counsel for Defendant B.B. Trammell & Co., Inc., or file a motion to show cause why an unredacted and complete copy of the report should not be produced.

_____
Judge

cc:   All Counsel