**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**PAUL W. GRIMM**<br>**UNITED STATES MAGISTRATE JUDGE** | **101 W. LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-4560**<br>**(410) 962-3630 FAX** |

May 30, 2003

## ORDER RESCHEDULING SETTLEMENT CONFERENCE

RE:  Rafael Villareal v. Walton Technology
     Civil Action No.  JFM-02-1667

Dear Counsel:

   As you know, we have been trying since April 17, 2003, without success, to schedule a continuation of the settlement conference in the above captioned case.  Accordingly, I have set the matter in for a Continuation of Settlement for Tuesday, September 16, 2003, at 9:30 a.m.  All parties and counsel will make arrangements to be present on that date unless, by consent of all counsel, a different date that is available on the court's calendar  is selected, and unless  this is accomplished on or before June 15, 2003, the September 16, 2003 date will be final.

   Also, I would appreciate an updated letter from counsel advising me of any changes in the status of their settlement positions since our last meeting no later than Tuesday, September 9, 2003.  Despite the informal nature of this letter it will constitute an order of the Court and will be docketed accordingly

> Very truly yours,
>  /S/
> Paul W. Grimm
> United States Magistrate Judge

cc:   Honorable J. Frederick Motz
      Court File