June 23, 2003

The Honorable Paul W. Grimm
U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND
101 West Lombard Street
Baltimore, Maryland  21201

      Re:    Rafael O. Villareal v. Joseph Robert Salvatore
            Case No.:  JFM-02-CV-1667

Dear Judge Grimm:

This will acknowledge the Court's Order of May 30, 2003.

As before, unless the Court orders otherwise, neither I nor my client will attend the September 16, 2003 conference.  You may recall that we are trying to save our limited insurance limits for the settlement pot.

                                                  Respectfully submitted,

                                                  */s/John A. King, Esq.*
                                                  John A. King
                                                  Attorney for Defendant
                                                  Joseph Robert Salvatore

JAK/dah
cc:    Stuart M. Salsbury, Esq.
       Philip B. Barnes, Esq.
       Alfred L. Scanlan, Jr., Esq./Kenneth W. Cobleigh, Esq.
       Robert L. Ferguson, Jr., Esq.
       Mark S. Dachille, Esq.