IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RAFAEL VILLAREAL, ET AL.          *
                                  *
       v.                         *   Civil No. JFM-02-1667
                                  *
WALTON TECHNOLOGY, INC., ET AL.   *
                              *****

ORDER

Presently pending is a motion for contempt filed by B.B. Trammell & Co., Inc. Counsel (with the assistance of Judge Grimm) are attempting to effectuate the settlement in this case. If the settlement is effectuated, the pending motion for contempt will be mooted. Accordingly, it is, this 21st day of August 2003

ORDERED that the motion for contempt be denied without prejudice to being renewed in the event that the case is not settled and the matters raised by the motion for contempt are not resolved between B.B. Trammell & Co., Inc. and the Department of the Army Corps of Engineers.

/s/
J. Frederick Motz
United States District Judge