IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RAFAEL VILLAREAL, ET AL.        *
                                *
         v.                     *   Civil No. JFM-02-1667
                                *
WALTON TECHNOLOGY, INC., ET AL. *
                            *****

ORDER

The Court having been advised that the parties have entered into a settlement agreement but that the agreement cannot be effected until the passage of six months, it is, this 30th day of September 2003

ORDERED that this case be administratively closed, subject to being reopened upon the notice of any party on or before April 30, 2004 in the event that the settlement is not effected.

_/s/_____
J. Frederick Motz
United States District Judge