IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| RAFAEL O. VILLAREAL, et al. | * | |
| Plaintiffs | * | |
| vs. | * | Civil Action No. JFM 02-1667 |
| WALTON TECHNOLOGY, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO AMEND BY INTERLINEATION THE MOTION FOR APPROVAL OF SETTLEMENT FOR MINORS

Plaintiffs, by their attorneys, Stuart M. Salsbury, Salsbury, Clements, Bekman, Marder & Adkins, L.L.C. move to amend by interlineation the motion for approval of settlement for minors previously filed herein as follows:

1. In paragraph 7, the total settlement for Silvia Rosa Barrientos is $307,250.00 not $307,350.00.

2. In paragraph 8, the total settlement for Marco Celim Barrientos Ortiz is $307,250.00 not $307,350.00 and the amount used to fund the annuity is $156,450.00 not $155,450.00.

3. That the spelling of the name "Villareal" is changed to "Villarreal".

4. That all other paragraphs are correct.

|  | STUART M. SALSBURY, #01542<br>SALSBURY, CLEMENTS, BEKMAN,<br>    MARDER & ADKINS, L.L.C.<br>300 W. Pratt Street, Suite 450<br>Baltimore, Maryland 21201<br>410-539-6633<br>Attorneys for the Plaintiffs |
|---|---|

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| RAFAEL O. VILLAREAL, et al. | * | |
| Plaintiffs | * | |
| vs. | * | Civil Action No. JFM 02-1667 |
| WALTON TECHNOLOGY, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon review and consideration of the Motion to Amend by Interlineation the Motion for Approval of Settlement for Minors, it is this _____ day of _____, 2004, by the United States District Court for the District of Maryland,

**ORDERED** that the above Motion be, and the same is hereby, Granted; and it is further

**ORDERED** that the changes and corrections set forth in the Motion to Amend by Interlineation be, and the same are hereby, incorporated into the original Motion and Order nunc pro tunc.

_____
JUDGE,
U.S. District Court for the District of Maryland