## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

RAFAEL O. VILLAREAL, et al.            *

           Plaintiffs            *

        vs.                        *        Civil Action No. JFM 02-1667

WALTON TECHNOLOGY, INC., et al. *

          Defendants            *

_____

### DISMISSAL WITH PREJUDICE

Pursuant to expressed consent of counsel, kindly dismiss all Defendants with

prejudice in the above entitled matter.

 

STUART M. SALSBURY
SALSBURY, CLEMENTS, BEKMAN,
     MARDER & ADKINS, L.L.C.
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201
410-539-6633

Attorneys for the Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION**

RAFAEL O. VILLAREAL, et al.      *

      Plaintiffs      *

      vs.      *      Civil Action No. JFM 02-1667

WALTON TECHNOLOGY, INC., et al.      *

      Defendants      *

_____

**<u>NOTICE OF SERVICE</u>**

I hereby certify that on this the 24th day of August, 2004, a copy of Dismissal with

Prejudice was mailed first class, postage prepaid to the following:

Peter J. Basile, Esq.
Ferguson, Schetelich & Heffernan, P.A.
1401 Bank of America Center
100 S. Charles Street, Suite 1401
Baltimore, Maryland 21201-2725

Philip B. Barnes, Esq.
Whiteford, Taylor & Preston, L.L.P.
210 W. Pennsylvania Avenue
Towson, Maryland 21204-4515

Mark Dachille, Esquire
Huddles & Jones, P.C.
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, Maryland  21045-3259

Kenneth W. Cobleigh, Esquire
Eccleston and Wolf
7th Floor, Scarlett Place
729 E. Pratt Street
Baltimore, Maryland 21202-4460

Brett A. Pisciotta, Esquire
King & Attridge
The Anderson House
39 West Montgomery Avenue
Rockville, Maryland 20850

 

_____

STUART M. SALSBURY
SALSBURY, CLEMENTS, BEKMAN,
   MARDER & ADKINS, L.L.C.
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201
410-539-6633

Attorneys for the Plaintiffs