IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RAFAEL VILLAREAL, et al.             :

    Plaintiffs                              :

v.                                                    :       Civil Case No.: JFM-02-1667

WALTON TECHNOLOGY, INC., et al.  :

    Defendants                            :

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), all parties, by their undersigned counsel, stipulate to the dismissal, with prejudice, of all claims including, without limitation, claims asserted by Plaintiffs and any third-party claims and cross-claims.

SALSBURY, CLEMENTS, BEKMAN, MARDER      FERGUSON, SCHETELICH & BALLEW, P.A.
 & ADKINS, LLC

By: _____/s/_____       By: _____/s/_____
Stuart M. Salsbury      Robert L. Ferguson, Jr. (#00777)
300 W. Pratt Street, Suite 450      Peter J. Basile (#10405)
Baltimore, MD 21201      100 S. Charles Street, Suite 1401
(410) 539-6633      Baltimore, MD 21201-2725
Attorneys for Plaintiffs      (410) 837-2200
     Attorneys for Defendant B.B. Trammell &
     Co., Inc.

ECCLESTON & WOLF, P.C.                                KING & ATTRIDGE

By: _____/s/_____                                   By: _____/s/_____
    Alfred L. Scanlan, Jr., Esquire                    John A. King
    Kenneth W. Cobleigh, Esquire                       39 W. Montgomery Avenue
    7th Floor, Scarlett Place                          Rockville, MD 20850
    729 E. Pratt Street                                (301) 279-0780
    Baltimore, Maryland 21202-4460                     Attorneys for Defendant Joseph R.
    (410) 752-7474                                     Salvatore, P.E.
    Attorneys for Defendants Containment
    Design, Inc. and Mark Gozion

WHITEFORD, TAYLOR & PRESTON

By: _____/s/_____
    Philip B. Barnes, Esquire
    210 W. Pennsylvania Avenue
    Towson, Maryland 21204-4515
    (410) 832-2000
    Attorneys for Defendants Walton
    Technologies, Inc., Ron Walton
    and Leland Breyer